UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN JENKINS, as Personal Representative of the Estate of ERMA JENKINS, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>FOREST LABORATORIES, INC., and FOREST PHARMACEUTICALS, INC.,<br><br>Defendants. | CASE NO. 07 CV 6342<br><br>JUDGE CASTEL |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07

### STIPULATION

Plaintiff John Jenkins, as Personal Representative of the Estate of Erma Jenkins, filed this action on July 11, 2007. The Judicial Panel on Multidistrict Litigation has issued a Conditional Transfer Order for the transfer of this action to the multidistrict litigation, *In Re Celexa and Lexapro Products Liability Litigation*, MDL 1736, currently pending in the United States District Court for the Eastern District of Missouri. In anticipation of the expected transfer of this action, the parties hereby agree and stipulate that Defendants Forest Laboratories, Inc., and Forest Pharmaceuticals, Inc., ("Defendants"), shall have until October 12, 2007, to file their Answers or otherwise plead to Plaintiff's Complaint. The parties further agree that case specific discovery shall be conducted in accordance with the MDL Case Management Order.

The parties further agree and stipulate that Defendants are not waiving any defenses by entering into this stipulation or by agreeing to answer or otherwise plead.

Dated: August 13TH, 2007

_____
Eleanor Polimeni

FINKELSTEIN & PARTNERS LLP
436 Robinson Avenue
Newburgh, NY 12550
866.909.8678 (phone)
*Attorneys for Plaintiff John Jenkins, as
Personal Representative of the Estate of
Erma Jenkins, Deceased*

_____
Joseph P. Thomas (JT 4131)
ULMER & BERNE LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45209
513.698.5000 (phone)
513.698.5001 (fax)
jthomas@ulmer.com
*Attorney for Defendants Forest
Laboratories, Inc., and Forest
Pharmaceuticals, Inc.*

SO ORDERED:

_____
Hon. Kimba M. Wood, Chief Judge

August 14, 2007    Part I